Thomas **MARMOLEJOS**, Appellant

v.

Eric H. **HOLDER**, Jr., Attorney General of the United States, Appellee.

No. 13–5146.

United States Court of Appeals, District of Columbia Circuit.

April 9, 2014.

Thomas Marmolejos, Otisville, NY, pro se.

Warden, Otisville, NY, for Appellant.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellee.

Before: GRIFFITH and KAVANAUGH, Circuit Judges; GINSBURG, Senior Circuit Judge.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed April 16, 2013, dismissing appellant's complaint be affirmed. Appellant's challenge to the validity of a criminal statute underlying his convictions must be presented to the court that sentenced him by way of a motion under 28 U.S.C. § 2255.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.